## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Groom Electric, Inc.**
PO Box 1345
Grayson, GA 30017

**01−0708768**

Case No.: **18−68299−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### S. Gregory Hays

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_Wendy L. Hagenau_
Wendy L. Hagenau
United States Bankruptcy Judge

Dated: February 21, 2019
Form 184